IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RITA SCHIAVONE WILSON, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | NO. 10-7144 |
| v. | : | |
| | : | |
| RIU HOTELS & RESORTS (RIUSA II, S.A.), | : | |
| | : | |
| Defendant. | : | |

## ORDER

AND NOW, on this 29th day of July, 2011, upon careful consideration of Defendant's Motion to Dismiss for Improper Service and Lack of Personal Jurisdiction (ECF No. 10) and the parties' briefing, and for the reasons in the accompanying Memorandum on Motion to Dismiss, it is hereby ORDERED that Defendant's Motion is GRANTED and the Complaint (ECF No. 1) is DISMISSED.  The Clerk shall mark this matter as CLOSED.

BY THE COURT:

s/Michael M. Baylson

_____
Michael M. Baylson, U.S.D.J.

O:\Amy Laura\Wilson v. Riu Order.wpd